## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| IRON WORKERS ST. LOUIS DISTRICT COUNCIL PENSION TRUST FUND; IRON WORKERS ST. LOUIS DISTRICT COUNCIL ANNUITY TRUST FUND; and IRON WORKERS ST. LOUIS DISTRICT COUNCIL WELFARE FUND, <br><br> Plaintiffs, <br><br> vs. <br><br> SICILIANO, INC., an Illinois corporation, <br><br> Defendant. | CASE NO.: 3:18-CV-03193 |

### COMPLAINT

NOW COMES the Plaintiffs, the IRON WORKERS ST. LOUIS DISTRICT COUNCIL PENSION TRUST FUND, the IRON WORKERS ST. LOUIS DISTRICT COUNCIL ANNUITY TRUST FUND, and the IRON WORKERS ST. LOUIS DISTRICT COUNCIL WELFARE FUND (collectively referred to herein as the "TRUST FUNDS" or "Plaintiffs"), complaining of the Defendant SICILIANO, INC. ("SICILIANO"), and in support, allege as follows:

### JURISDICTION AND VENUE

1. This action arises under Sections 502 and 515 of the Employee Retirement Income Security Act (hereinafter referred to as "ERISA"). 29 U.S.C. §§1132 and 1145. The court has jurisdiction over the subject matter of the action pursuant to 29 U.S.C. §1132(e)(1) and 28 U.S.C. §1331.

2. Venue is proper in this Court pursuant to 28 U.S.C. §1391(b)(1) and 29 U.S.C. §1132(e)(2) in that SICILIANO's principal place of business is located at 3601 Winchester Road, Springfield, Illinois 62707, which is in the jurisdiction of the U.S. District Court for the Central District of Illinois, Springfield, Division.

3. The TRUST FUNDS are multiemployer benefit plans as defined by 29 U.S.C. §1002, and as fiduciaries, are authorized to maintain this cause of action pursuant to Sections 502(a)(3) and 515 of ERISA (29 U.S.C. §§1132(a)(3) and 1145).

4. The TRUST FUNDS are administered pursuant to the terms and provisions of certain Agreements and Declarations of Trust ("Trust Agreements").

5. The Defendant SICILIANO is an Illinois corporation with its principal place of business in Springfield, Illinois.

## COUNT I – BREACH OF COLLECTIVE BARGAINING AGREEMENT

6. Plaintiffs re-allege the allegations contained in paragraphs 1-5 of this Complaint with the same force and effect as if fully set forth herein.

7. The Defendant SICILIANO is an employer engaged in an industry effecting commerce which entered into a Collective Bargaining Agreement ("CBA") with International Association of Bridge, Structural, Ornamental and Reinforcing Iron Workers, Machinery Movers and Riggers, Local Union No. 46 ("Local 46"). (Collective Bargaining Agreement is attached as **Exhibit 1**)

8. On December 1, 1989, SICILIANO entered into a Participation Agreement with the TRUST FUNDS. (Participation Agreement is attached as **Exhibit 2**).

9. Through the CBA and the Participation Agreement, Defendant SICILIANO became bound by the provisions of the Trust Agreements.

10. Pursuant to the CBA and Trust Agreements, SICILIANO is required to make monthly reports of hours worked by covered employees and pay contributions to the TRUST FUNDS at the negotiated rate. The monthly reports and contributions during all times relevant were due on or before the 15th of the calendar month following the calendar month during which the work was performed.

11. Pursuant to Section 502(g)(2) of the Employee Retirement Income Security Act ("ERISA"), and provisions of the CBA and Trust Agreements, employers who fail to submit their monthly contribution reports and contributions to the TRUST FUNDS on a timely basis are responsible for the payment of liquidated damages equal to 10% (ten percent) of the amount of unpaid contributions and interest at the rate of 1.5% (one and a half percent) per month for each month that contributions remain unpaid, plus any reasonable attorney's fees and costs of maintaining suit.

12. SICILIANO failed to timely submit payment of contributions, liquidated damages and interest to the TRUST FUNDS for the months of August 2017 through December 2017 in the aggregate amount of $9,038.82 itemized as follows:

| Month | Amount Owed |
| --- | --- |
| August 2017 Contributions | $2,252.41 |
| August 2017 Liquidated Damages | $225.24 |
| August 2017 Interest | $304.75 |
| September 2017 Contributions | $1,830.84 |
| September 2017 Liquidated Damages | $183.08 |
| September 2017 Interest | $219.70 |
| October 2017 Contributions | $1,999.47 |
| October 2017 Liquidated Damages | $199.95 |
| October 2017 Interest | $209.94 |
| November 2017 Contributions | $96.36 |
| November 2017 Liquidated Damages | $9.64 |
| November 2017 Interest | $7.23 |
| December 2017 Contributions | $1,276.77 |
| December 2017 Liquidated Damages | $127.68 |

| December 2017 Interest | $95.76 |
| --- | --- |
| **Total** | **$9,038.82** |

13. Plaintiffs have been required to employ the undersigned attorneys to collect the amounts that are due and owing from SICILIANO.

14. SICILIANO are obligated, jointly and severally, to pay the reasonable attorney's fees and court costs incurred by the TRUST FUNDS pursuant to the Settlement Agreement, the CBA, Trust Agreements and 29 U.S.C. §1132(g)(2)(D).

**WHEREFORE**, Plaintiff respectfully requests that:

A. That Judgment be entered in favor of the Plaintiffs TRUST FUNDS and against Defendant SICILIANO in the amount of $9,038.82 in contributions, liquidated damages and interest for August 2017 through December 2017;

B. That Judgment be entered in favor of Plaintiffs TRUST FUNDS and against Defendant SICILIANO that are found to be due and annoying in addition to those identified in Paragraph A above;

C. That Defendant SICILIANO be ordered to pay the reasonable attorney's fees and costs incurred by the Plaintiff pursuant to the CBA, Trust Agreements, and 29 U.S.C. §1132(g)(2)(D); and

D. That Plaintiffs have such other and further relief as the Court may deem just and equitable all at the Defendant SICILIANO's cost, pursuant to 29 U.S.C. §1132(g)(2)(E).

Respectfully Submitted,

**IRON WORKERS ST. LOUIS DISTRICT COUNCIL PENSION TRUST FUND** *et al.*

By: /s/ Matthew Grabell
     One of Plaintiffs' Attorneys

Matthew Grabell
Johnson & Krol, LLC
311 South Wacker Drive, Suite 1050
Chicago, Illinois 60606
grabell@johnsonkrol.com
(312) 372-8587