UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT
OF ILLINOIS SPRINGFIELD DIVISION

| | |
|---|---|
| IRON WORKERS ST. LOUIS DISTRICT COUNCIL PENSION TRUST FUND; IRON WORKERS ST. LOUIS DISTRICT COUNCIL ANNUITY TRUST FUND; AND IRON WORKERS ST. LOUIS DISTRICT COUNCIL WELFARE FUND, <br><br> Plaintiffs, <br><br> vs. <br><br> SICILIANO, INC., an Illinois corporation, <br><br> Defendant. | Case No. 3:18-CV-03193-SEM EIL |

## THIRD PARTY CITATION
## RESPONDENT'S RESPONSE TO CITATION PROCEEDINGS

NOW COMES FIRST BANKERS TRUST COMPANY, N.A., a national banking association (hereinafter "Respondent") by its attorneys, Brown, Hay & Stephens, LLP, (Emmet A. Fairfield, of counsel) and hereby files its Response to the Third Party Citation served upon it by Plaintiff. Respondent states that it is in possession of the following property of Defendant/Judgement Debtor SICILIANO, INC.:

> Demand Deposit Account in the name of Siciliano, Inc. having a balance of $5,033.59 as of November 19, 2018.

FIRST BANKERS TRUST COMPANY, N.A., a
national banking association, Respondent

By: _____
One of its Attorneys

BROWN, HAY & STEPHENS, LLP
Emmet A. Fairfield
Registration Number: 6180505
205 S. 5th Street – Suite 700
P.O. Box 2459
Springfield, IL  62705
(217) 544-8491
efairfield@bhslaw.com

## CERTIFICATION

Nathan J. Frese, Vice-President of Respondent, FIRST BANKERS TRUST COMPANY, hereby certifies under penalty of perjury that he has reviewed the business records of Respondent and that the matters stated herein are true and correct.

## PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon:

Matthew Grabell
Johnson & Krol, LLC
311 S. Wacker Dr.
Suite 1050
Chicago, IL 60606

Siciliano, Inc.
3601 Winchester Rd.
Springfield, IL 62707

by enclosing the same in an envelope addressed to such party at the above address, with postage fully prepaid, and by depositing said envelope in a U.S. Post Office mailbox in Springfield, Illinois, at 5:00 p.m. on this 1st day of November, 2018.